## SECOND DISTRICT.

Charles G. Sandry, defendant in error, v. Chicago, Indiana & Southern Railroad Company. (New York Central Railroad Company, plaintiff in error.)     Gen. No. 7,114.

Trespass on the case to recover damages for personal injury to employee by flying fragment of steel. Judgment for plaintiff. Error to the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1922. Reversed. Opinion filed March 16, 1923.

Bertrand Walker and Boys, Osborn & Griggs, for plaintiff in error; W. H. Boys, of counsel. Arthur H. Shay, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Stanley Bishop, plaintiff in error.     Gen. No. 7,116.

Prosecution for violation of Illinois Prohibition Act. Defendant found guilty on two counts for unlawful possession of a still and for unlawfully possessing intoxicating liquor, and sentenced, respectively, to a fine of $100, and 90 days in jail on one count and 180 days in jail on the other count. Error to the County Court of Lake county; the Hon. W. C. De Wolf, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

Joseph A. Jadrich, for plaintiff in error. Ashbel V. Smith and Sidney H. Block, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

Thomas J. Killian, appellee, v. Continental Auto Insurance Association, appellant.     Gen. No. 7,120.

Suit on policy of automobile insurance. Judgment for plaintiff. Appeal from the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

Sidney N. Ware, for appellant. Martin C. Decker, for appellee.

Mr. Justice Jett delivered the opinion of the court.

D. E. Allen, appellant, v. H. F. Arnold et al., appellees.     Gen. No. 7,121.

Suit for commissions on sale of property. Judgment for defendants. Appeal from the Circuit Court of Knox county; the Hon. W. C. Frank, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

R. D. Robinson, for appellant. George C. Gale and Wilfred Arnold, for appellees.

Mr. Justice Jett delivered the opinion of the court.

Dan Van Matre, appellee, v. Overland Rockford Company, formerly Rockford Overland Company, appellant.     Gen. No. 7,125.

Actions in assumpsit arising out of sales of automobiles. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago